# Court of Appeals
# of the State of Georgia

ATLANTA,  September 26, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0257.  RICKS v. LONGINO.

This appeal from the denial of appellant Ashleigh Ricks's mandamus petition was docketed on August 23, 2018, such that her initial brief was due on September 12, 2018. Court of Appeals Rule 23 (a). As of September 25, 2018, however, Ricks had neither filed an initial brief nor asked for an extension of time to do so. We also note that Ricks's related appeal from the denial of her post-conviction motions, originally docketed as Case No. A18A2109, has been transferred to the Supreme Court of Georgia for disposition.

Because Ricks has failed to file a brief in this appeal, it is DISMISSED. Court of Appeals Rule 23 (a) ("[f]ailure to file within [20 days of docketing], unless extended upon motion for good cause shown, may result in the dismissal of the appeal").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/26/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*